**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

LUIS SANTIAGO MORALES LASCAREZ ,

Petitioner,

v.

WARDEN, Otay Mesa Detention Center, et al.,

Respondents.

Case No.: 26cv5660 DMS (MMP)

**ORDER APPOINTING COUNSEL**

Pursuant to Petitioner's request and Chief Judge Order No. 134-A, the Court hereby appoints Federal Defenders of San Diego, Inc. ("FDSDI") as counsel for Petitioner, effective immediately. The Clerk of Court shall provide notice of this appointment to FDSDI through CAS_2241@fd.org. On or before **October 12, 2026**, FDSDI shall file a status report or an amended petition.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve

the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED.**

Dated: October 5, 2026

Hon. Dana M. Sabraw
United States District Judge